IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:21-cr-00016 |
| | ) | |
| v. | ) | |
| | ) | **INFORMATION** |
| | ) | |
| GREGORY THOMAS HOLLAND | ) | **In Violation of:** |
| | ) | |
| | ) | 18 U.S.C. § 1343 |
| | ) | 26 U.S.C. § 7206 |
| | ) | |

## COUNT 1

The United States of America charges that:

1. Beginning in or about August 2001, and continuing up until in or about January 2018, defendant GREGORY THOMAS HOLLAND engaged in a scheme or artifice to defraud and to obtain money or property by means of false or fraudulent pretenses, representations, or promises, from victim A.E.P.

2. On or about the date set forth below, in the Western District of Virginia and elsewhere, defendant GREGORY THOMAS HOLLAND, for the purpose of executing the scheme described above, caused to be transmitted by means of a wire communication in interstate commerce the signals and sounds described below:

| DATE | DESCRIPTION |
|---|---|
| April 11, 2016 | $303.36 check written on SunTrust account and payable to A.E.P. deposited into Home Trust Bank account belonging to HOLLAND |

3. All in violation of Section 1343 of Title 18 of the United States Code.

1

## COUNT 2

The United States of America further charges that:

1.      On or about April 6, 2015, in the Western District of Virginia, GREGORY THOMAS HOLLAND, a resident of Salem, Virginia, did willfully make and subscribe a Form 1040 U.S. Individual Income Tax Return, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That Form 1040 U.S. Individual Income Tax Return, which was prepared and signed in the Western District of Virginia and was filed with the Internal Revenue Service, reported total income in the amount of $321,231, whereas, as he then and there well knew he received other income in addition to the amount stated in return.

2.      All in violation of Section 7206(1) of Title 26 of the United States Code.

DATE: 3/29/21

For DANIEL P. BUBAR
ACTING UNITED STATES ATTORNEY