# THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

UNITED STATES OF AMERICA

CASE NO.: *721CR16*

v.

*Gregory Thomas Holland*

DATE: *4/7/21*

TYPE OF HEARING: *IA*

*******************************************************************************

PARTIES:

1.  Robert S. Ballou
2.  *Michael Baudenet, AUSA*
3.  *John Lichtenstein, ret*
4.  *Gregory Holland, deft*
5.  *Jolie Paurus USPO*
6.  *Wes Johnson, agent*
7.
8.
9.
10.

*******************************************************************************

Recorded by: __K. Brown/ZOOMGOV__     Time in Court: *33 min*

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 3:07 | 1 |  | 4 |  | 1 |  |  |  |  |
|  | 2 |  | 1 |  | 3 |  |  |  |  |
|  | 3 |  | 3 | 3:30 | 1 |  |  |  |  |
| 3:10 | 1 |  | 1 |  | 5 |  |  |  |  |
|  | 3 | 3:24 | 2 |  | 3 |  |  |  |  |
| 3:12 | 1 |  | 4 | 3:32 | 1 |  |  |  |  |
| Camera problems 3:28 |  |  | 1 |  | 5 |  |  |  |  |
| 3:17 | 1 |  | 4 |  | 1 |  |  |  |  |
|  | 4 |  | 1 |  | 2 |  |  |  |  |
|  | 1 |  | 3 |  | 1 |  |  |  |  |
|  | 3 | 3:29 | 1 |  | 3 |  |  |  |  |
| 3:18 | 1 |  | 4 | 3:34 | 1 |  |  |  |  |
|  | 4 | 3:29 | 1 |  | 2 |  |  |  |  |
|  | 3 | 3:30 | 1 |  | 3 |  |  |  |  |
| 3:23 | 1 |  | 2 | 3:35 | 1 |  |  |  |  |