IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION


UNITED STATES OF AMERICA

v.                                          Criminal Action No. 7:21CR16

Gregory Thomas Holland


In the presence of John Lichtenstein, my counsel, who has fully explained the

charges contained in the information against me, and having received a copy of the

information from the United States Attorney before being called upon to plead, I hereby

plead guilty to said information and counts 1 and 2 thereof. I have been advised of the

maximum punishment which may be imposed by the court for this offense. My plea of

guilty is made knowingly and voluntarily and without threat of any kind or without

promises other than those disclosed here in open court.


_____
Signature of Defendant


__5|3|21_____
Date


_____
Witness